# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRYAN TRAHAN, Individually and For Others Similarly Situated,<br><br>v.<br><br>SOUTHWESTERN ENERGY CORPORATION, | Case No. 4:23-cv-00734<br><br>Jury Trial Demanded<br><br>FLSA Collective Action<br>Pursuant to 29 U.S.C. § 216(b) |

## TRAHAN'S UNOPPOSED MOTION TO STAY CASE

Plaintiff Bryan Trahan (Trahan) moves to stay this case and all pending deadlines until the conclusion of the arbitration of Trahan's claims against Defendant Southwestern Energy Corporation (Southwestern). The Parties further agree that a stipulation of dismissal will be filed no more than fourteen days after the conclusion of arbitration, or alternatively a settlement is reached.

Date: June 27, 2023

    Respectfully submitted,

*/s/ Carl A. Fitz*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Carl A. Fitz**
Texas Bar No. 24105863
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
cfitz@mybackwages.com

AND

**Richard J. (Rex) Burch**
Texas Bar No. 24001807

1

**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

On June 27, 2023, I served a copy of this document on all registered parties and/or their counsel of record via the Court's CM/ECF system.

*/s/ Carl A. Fitz*
**Carl A. Fitz**