United States District Court
Southern District of Texas
**ENTERED**
July 05, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRYAN TRAHAN, Individually and For Others Similarly Situated,<br><br>v.<br><br>SOUTHWESTERN ENERGY CORPORATION, | Case No. 4:23-cv-00734<br><br>Jury Trial Demanded<br><br>FLSA Collective Action<br>Pursuant to 29 U.S.C. § 216(b) |

## ORDER

Having considered the Unopposed Motion to Stay Proceedings pending the conclusion of the arbitration, the undersigned Judge hereby **GRANTS** the Motion to Stay all deadlines in this case for 90 days. Counsel will advise the Court of the status of the case.

SIGNED ON July 5, 2023

HON. ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE